B1 (Official Form 1) (04/13)

| UNITED STATES BANKRUPTCY COURT<br>District of Hawaii | **VOLUNTARY PETITION** |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>Hoana Medical, Inc. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>99-0354466 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>828 Fort St. Mall, Suite 620<br>Honolulu, HI                         ZIP CODE 96813 | Street Address of Joint Debtor (No. and Street, City, and State):<br><br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>Honolulu | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check one box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☑ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ☐ Chapter 7<br>☐ Chapter 9<br>☑ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br><br>☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |
| **Chapter 15 Debtors**<br>Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | **Tax-Exempt Entity**<br>(Check box, if applicable.)<br><br>☐ Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box.)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."   ☑ Debts are primarily business debts. |

| Filing Fee (Check one box.) | Chapter 11 Debtors |
|---|---|
| ☑ Full Filing Fee attached.<br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br><br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (*amount subject to adjustment on 4/01/16 and every three years thereafter*).<br>-----<br>Check all applicable boxes:<br>☑ A plan is being filed with this petition.<br>☑ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets

| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| Voluntary Petition *(This page must be completed and filed in every case.)* | Name of Debtor(s): Hoana Medical, Inc. | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
| Location Where Filed: | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
| Name of Debtor: | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☑ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).

X _____
Signature of Attorney for Debtor(s)     (Date)

**Exhibit C**
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

**Exhibit D**
(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>Hoana Medical, Inc. |
|---|---|

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

Telephone Number (if not represented by attorney)

Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

---

**Signature of Attorney**

X */s/ Jerrold K. Guben*
Signature of Attorney for Debtor(s)
Jerrold Guben
Printed Name of Attorney for Debtor(s)
O'Connor Playdon & Guben LLP
Firm Name
733 Bishop St., Makai Tower, 24th Fl
Honolulu, HI 96813
Address
(808) 524-8350
Telephone Number
12.8.2015
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____
Signature

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X */s/ Ed Chen*
Signature of Authorized Individual
Edward Chen
Printed Name of Authorized Individual
President/COO
Title of Authorized Individual
10/30/2015
Date

# CORPORATE RESOLUTION OF
## HOANA MEDICAL, INC.

WHEREAS, the Officer(s) of Hoana Medical, Inc. ("HOANA"), at a meeting held at 828 Fort St. Mall, Suite 620 Honolulu, HI 96813 on November 11, 2015, upon recommendation of the officers of the Company, and upon the recommendation of the Company's professional advisors, has determined that is desirable, fair, reasonable, and in the best interest of the Company and the Company's creditors and other interested parties for Company to file a petition seeking relief under the provisions of Chapter 11 of Title 11, United States Code ("Bankruptcy Code").

NOW, THEREFORE, BE IT

1. <u>Filing and Prosecution of Bankruptcy Case</u>.

RESOLVED, that it is desirable and in the best interest of the Company and its creditors, stockholders, and other interested parties to authorize the President and Treasurer, or either of them, to cause to be filed a petition in the name of the Company ("Chapter 11 Petition") seeking relief under the provisions of Chapter 11 of the Bankruptcy Code ("Chapter 11 case"); and it is further

RESOLVED, that the Chairman be, and each hereby is, authorized and directed to execute the Chapter 11 Petition and to cause the same to be filed in the United States Bankruptcy Court for the District of Hawaii ("Bankruptcy Court"), in such form and at such time as such officer(s) shall determine; and it is further

RESOLVED, that the President, or such other officer(s) of the Company as they shall from time to time designate ("Authorized Officers"), be, and each hereby is, authorized and directed to take all actions necessary to restructure the financial affairs of the Company, including causing to be filed in the bankruptcy case a Disclosure Statement and a Plan of Reorganization ("Plan"), and to seek confirmation of the Plan by the Bankruptcy Court, with such amendments as may be required by the Bankruptcy Court; and it is further

RESOLVED, that the Authorized Officers be, and each hereby is, authorized to execute and file (or direct others to do so on behalf of the Company as provided herein) all necessary documents, including, without limitation, all petitions, affidavits, schedules, motions, lists, applications, pleadings and other papers, and in connection therewith, to employ and retain all assistance by legal counsel, accountants or other professionals and to take any and all action which they deem necessary and proper in connection with the Chapter 11 case.

2. <u>Employment of Professionals</u>.

RESOLVED, that the law firm of O'Connor Playdon & Guben LLP hereby are employed as bankruptcy counsel for the Company in the Chapter 11 case, and the Authorized Officers of the Company are hereby authorized and directed to execute appropriate agreements, upon the filing of a Chapter 11 case and cause to be filed an appropriate application for authority to retain the services of O'Connor Playdon & Guben LLP; and it is further

RESOLVED, that the Authorized Officers of the Company be, and they hereby are, authorized and directed to retain any other firm as professionals or consultants to the Company as are deemed necessary to represent and assist the Company in carrying out its duties under the Bankruptcy Code and, in connection therewith, the Authorized Officers of the Company are hereby authorized and directed to execute appropriate agreements and cause to be filed an appropriate application for authority to retain the services of such firm; and it is further

RESOLVED, that all acts lawfully done or actions lawfully taken by any Authorized Officer to seek relief under Chapter 11 of the Bankruptcy Code or in connection with the Chapter 11 case, or any matter related thereto, be, and hereby are, adopted, ratified, confirmed and approved in all respects as the acts and deeds of the Company; and it is further

3. <u>General Authorizing, Resolution</u>.

RESOLVED, that the Authorized Officers be, and each of them, with full authority to act without the others, hereby is authorized and directed, in the name of and on behalf of the Company, under the Company's seal or otherwise, to make, enter into, execute, deliver and file any and all other or further agreements, documents, certificates, materials and instruments, to disburse funds of the Company, to take or cause to be taken any and all other actions, and to incur all such fees and expenses as any such officer deems to be necessary, appropriate or advisable to carry out the purposes of the foregoing resolutions and the

transactions contemplated thereunder and/or to successfully complete a Chapter 11 case, the taking of any such action to constitute conclusive evidence of the exercise of such discretionary authority; and it is further

RESOLVED, that all authorized actions, transactions, or agreements undertaken prior to the adoption of these resolutions by any officer of the Company on behalf of the Company in connection with the foregoing matters are hereby authorized, approved, ratified, confirmed and adopted as the acts of the Company; and it is further

RESOLVED, that the Authorized Officers be, and each of them hereby is, authorized, empowered and directed to certify and attest any documents or materials which they deem necessary, desirable or appropriate to consummate the transactions contemplated by the foregoing resolutions, without the necessity of the signature or attestation of any other officer or the affixing of any seal of the Company.

4. <u>Designation of Responsible Person</u>.

RESOLVED, that Edward Chen be and hereby appointed as the person responsible for performing the duties and responsibilities of the debtor in the proposed Chapter 11 proceeding.

The undersigned does hereby further certify that the foregoing resolution are in full force and effect as of the date hereof.

DATED: 11/19/2015 .

*/s/ Ed Chen*

By Edward Chen
   Hoana Medical, Inc.
   Its President

231699

3

U.S. Bankruptcy Court - Hawaii   #15-01493   Dkt # 1   Filed 12/08/15   Page 6 of 18

Fill in this information to identify the case:

Debtor name __Hoana Medical, Inc.__

United States Bankruptcy Court for the: _____ District of __HI__
(State)

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Andy Ninomiya and Associates P.O. Box 30345 Honolulu, HI 96820 | Andy Ninomiya 808.348.1549 P.O. Box 30345 Honolulu, HI 96820 | Trade Debt | N/A | | | $5148 |
| 2 | Leigh-Ann K. Miyasato 2909 Alphonse Place Honolulu, HI 96816 | Leigh-Ann K. Miyasato 808.428.9218 2909 Alphonse Place Honolulu, HI 96816 | Trade Debt | N/A | | | $4000 |
| 3 | CMT Investment LLC 500 W. Monroe Street, Suite 2630 Chicago, IL 60661 | Jan-Dirk Lueders 312.930.9050 500 W. Monroe St., Suite 2630 Chicago, IL 60661 | Convertible Debenture | N/A | | | $763,590 |
| 4 | Richard Erickson 1024 Kaimoku Place Honolulu, HI 96821 | Richard Erickson 808.218.2065 1024 Kaimoku Place Honolulu, HI 96821 | Convertible Debenture | N/A | | | $763,590 |
| 5 | Norman Gentry P.O. Box 25144 Honolulu, HI 96825-0144 | Norman Gentry 808.599.8399 P.O. Box 25144 Honolulu, HI 96825-0144 | Note | N/A | | | $437,517 |
| 6 | Fulwider Patton, LLP 6060 Center Dr., 10th Floor Los Angeles, CA 90045 | Craig Bailey (310) 824-5555 6060 Center Dr., 10th Floor Los Angeles, CA 90045 | Trade Debt | N/A | | | $327,066 |
| 7 | Seamless Accelerator 40 Pearl St. NW, Suite #200 Grand Rapids, MI 49503 | Mike Morin mike@startgarden.com 40 Pearl St. NW, Suite #200 Grand Rapids, MI 49503 | Convertible Note | N/A | | | $100,000 |
| 8 | American Arbitration Association One Sansome Street, Suite 1600 San Francisco, CA 94104 | Serena Lee 415 671 4053 One Sansome Street, #1600 San Francisco, CA 94104 | Trade Debt | N/A | | | $13,443 |

Debtor: Hoana Medical, Inc.  
Case number (if known): _____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Sanmina - SCI<br>2700 North First Street<br>San Jose, CA 95134 | Tom Roberson<br>408.964.3763<br>2700 North First Street<br>San Jose, CA 95134 | Trade Debt | Unliquid, Disputed | | | $550,000 |
| 10 | Yukimura's Inc.<br>P.O. Box 1031<br>Lihue, Kauai 96766 | Peter Yukimura<br>808.246.4406<br>P.O. Box 1031<br>Lihue, Kauai 96766 | Convertible Debenture | N/A | | | $137,651 |
| 11 | McCorriston Miller Mukai MacKinnon LLP<br>Attorneys At Law<br>P.O. Box 2800<br>Honolulu, HI 96803-2800 | Stewart Pressman<br>(808) 529-7300<br>P.O. Box 2800<br>Honolulu, HI 96803-2800 | Trade Debt | N/A | | | $86,754 |
| 12 | The Research Corp. of the University of Hawaii<br>651 Llalo St., MEB-212<br>Honolulu, HI 96813 | Executive Director Office<br>(808) 988-8311<br>651 Llalo St., MEB-212<br>Honolulu, HI 96813 | Trade Debt | Disputed | | | $54,470 |
| 13 | Collins & Co<br>2111 Wilson Blvd., Suite 700<br>Arlington, VA 22201 | Richard Collins<br>(703) 351-5057<br>2111 Wilson Blvd., Suite 700<br>Arlington, VA 22201 | Trade Debt | N/A | | | $43,000 |
| 14 | Ernst & Young, LLP<br>55 Merchant Street<br>Suite 1900, C-120<br>Honolulu, HI 96813 | Accounting Dept.<br>(808) 531-2037<br>55 Merchant Street, Suite 1900-C120<br>Honolulu, HI 96813 | Trade Debt | N/A | | | $34,869 |
| 15 | Orrick Herrington & Sutcliffe<br>Dept. 34461<br>P.O. Box 39000<br>San Francisco, CA 94139 | Accounting Dept.<br>(415) 773-5700<br>405 Howard St.<br>San Francisco, CA 94105-2669 | Trade Debt | N/A | | | $27,686 |
| 16 | Chun Kerr LLP<br>Fort Street Tower, Topa Financial Center<br>745 Fort Street, 9th Floor<br>Honolulu, HI 96813-3815 | Ray Kamikawa<br>(808) 528-8211<br>Fort Street Tower, Topa Financial Center<br>745 Fort Street, 9th Floor<br>Honolulu, HI 96813-3815 | Trade Debt | N/A | | | $20,693 |
| 17 | Mikiko A.Y. Bunn<br>98-151 Pali Momi St., Suite 142<br>Aiea HI 96701 | Mikiko A.Y. Bunn<br>(808) 483-6400<br>98-151 Pali Momi St., Suite 142<br>Aiea HI 96701 | Note | N/A | | | $14,894 |
| 18 | Akiko Yazawa<br>3642 Waaloa Place<br>Honolulu, HI 96822 | Akiko Yazawa<br>808.521.6284<br>3642 Waaloa Place<br>Honolulu, HI 96822 | Note | N/A | | | $14,584 |
| 19 | Kiyotaka Albert Yazawa<br>1508 B. Pualele Place<br>Honolulu, HI 96816 | Kiyotaka Albert Yazawa<br>808.737.8212<br>1508 B. Pualele Place<br>Honolulu, HI 96816 | Note | N/A | | | $14,584 |
| 20 | Carroll Takahashi<br>306 Wailupe Circle<br>Honolulu, HI 96821 | Carroll Takahashi<br>808.377.1288<br>306 Wailupe Circle<br>Honolulu, HI 96821 | Deferred Wages | N/A | | | $132,082 |

Norman Gentry
P.O. Box 25144
Honolulu, HI 96825-0144


Mikiko A.Y. Bunn
98-151 Pali Momi St., Suite 142
Aiea, HI 96701


Oceanit Laboratories, Inc.
828 Fort St. Mall, Suite 600
Honolulu, HI 96813


Akiko Yazawa
3642 Waaloa Place
Honolulu, HI 96822


Kiyotaka Albert Yazawa
1508 B. Pualele Place
Honolulu, HI 96816


CMT Investment LLC
Attn: Jan-Dirk Lueders
500 W. Monroe Street, Suite 2630
Chicago, IL 60661


Richard Erickson
1024 Kaimoku Place
Honolulu, HI 96821

Yukimura's Inc.
P.O. Box 1031
Lihue, Kauai 96766


First Hawaiian Bank
Attn: Wesley Wakamura
Kapiolani Banking Center
1580 Kapiolani Blvd.
Honolulu, HI 96814


Patrick Sullivan
368 Dune Circle
Kailua, HI 96734


Caroll Takahashi
306 Wailupe Circle
Honolulu, HI 96821


BT Consulting dba Advocates
1000 Bishop St., Suite
503 Honolulu, HI 96813


Andy Ninomiya & Associates
P.O. Box 30345
Honolulu, HI 96820


Aubrey Group, Inc.
6 Cromwell, Suite 100
Irvine, CA 92618-1820

Lawrence Burgess
98-1754 Halakea St.
Aiea, HI 96701


Chun Kerr LLP
Fort Street Tower
Topa Financial Center
745 Fort Street, 9th Floor
Honolulu, HI 96813-3815


Collins & Company, Inc.
2111 Wilson Blvd., Suite 700
Arlington, VA 22201


Ernst & Young, LLP
55 Merchant Street Suite 1900-C120
Honolulu, HI 96813


Fulwider Patton, LLP
Attn: Craig Bailey
6060 Center Dr., 10th Floor
Los Angeles, CA 90045


KIC Innovation
4125 W. Noble Ave, Suite 317
Visalia, CA 93277


Leigh-Ann K. Miyasato
2909 Alphonse Place
Honolulu, HI 96816

McCorriston Miller Mukai MacKinnon LLP
Attorneys At Law
P.O. Box 2800
Honolulu, HI 96803-2800



Monsoon Solutions
13256 Northup Way, Suite 18
Bellevue, WA 98005



Nebraska Educational Biomedical Research
4101 Woolworth Ave.
Research Service 151
Omaha, NE 68105-1873



NJ Division of Revenue
P.O. Box 302
Trenton, NJ 08646



Orrick Herrington & Sutcliffe
Dept. 34461
P.O. Box 39000
San Francisco, CA 94139



The Research Corp. of the University of Hawaii
651 Llalo Street
MEB-212 Honolulu, HI 96813



Robert S. Schroeder
216 Yorkshire Drive
Heath, TX 75032

Success Advertising
66 Queen St #1602
Honolulu, HI 96813


TW Design
1300 Crampton Street
Dallas, TX 75207


The BLR Agency
P.O. Box 382674
Birmingham, AL 35238


Tool-Less Plastics Solutions, Inc.
1410 80th St. SW, Suite C
Everett, WA 98203


Turnkey Projects, LLC
P.O. Box 4971
Kaneohe, HI 96744-8971


Sanmina-SCI
Attn: Sonny C. Cabico
2700 North First Street
San Jose, CA 95134


Pitney Bowes
3001 Summer St.
Stamford CT 06926

National Registered Agents, Inc.
Attn: Megan Izenstark
100 Canal Pointe Blvd., Suite 212
Princeton, NJ 08540




Vintara
Attn: Rick Moresco
714 Franklin St #100303
Oakland, CA 94612




Hy-Pac Self Storage
2150 N. Nimitz Hwy.
Honolulu, Hawaii 96819




Oceanic Time Warner Cable
P.O. Box 30050
Honolulu, HI 96820-0050




Hawaiian Telcom
P.O. Box 2200
Honolulu, HI 96841




Servco Insurance Service Corporation
700 Bishop St., Suite #1400
Honolulu, HI 96813




Hawaii Dental Service
Topa Financial Center
Bishop Street Tower
700 Bishop Street, Suite 700
Honolulu, Hawaii 96813-4196

HMSA
P.O. Box 860
Honolulu, HI 96808


Kaiser Permanente Kaiser Permanente CSC
P.O. Box 203011
Denver, CO 80220-9012


Vision Service Plan
P.O. Box 45210
San Francisco, CA 94145-5210


Amazon Web Service, Inc.
410 Terry Ave. North
Seattle, WA 98109-5210


Ring Central, Inc.
20 Davis Drive
Belmont, CA 94002


Ceridian Small Business
3311 E Old Shakopee Rd.
Bloomington, MN 55425


Microsoft Exchange Online
One Microsoft Way
Redmond, WA 98052-6399


Liquid Web, Inc.
4210 S. Creyts Rd.
Lansing, MI 48917-9526

IPFS Corporation
1001 Winstead Drive, Suite 500
Cary, NC 27513


American Land Parking
828 Fort St. Mall, Suite 300
Honolulu, HI 96813


The Hartford-Group Benefit Division
P.O. Box 8500-3690
Philadelphia, PA 19178-3690


Robert Cheong
622 Ihe Street
Honolulu, HI 96817


Timan LLC
1080 Lemon Street
Menlo Park, CA 94025


American Arbitration Association
One Sansome Street, Suite 1600
San Francisco, CA 94104


Seamless Accelerator
40 Pearl St. NW, Suite #200
Grand Rapids, MI 49503


David Cornejo
1468 Aupupu St.
Kailua, HI 96734

Paul Embree
18451 Warren Ave.
Tustin, CA 92780



Randall Harakal
Topa Financial Ctr. , Fort St. Twr.
745 Fort St. Mall
Ste. 700
Honolulu, HI 96813



Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346



Department of Taxation
State of Hawaii
Attn: Bankruptcy Unit
P.O. Box 259
Honolulu, HI 96809-0259

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | Hoana Medical, Inc. | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court - District of Hawaii | | | |
| Case number (If known) | | | |

Local Form H1007-2d (12/15)

# Debtor's Verification of Creditor List

The undersigned debtor certifies under penalty of perjury that all entities included or to be included in schedules D, E/F, G, and H have been listed in the creditor list submitted with this verification. This includes all my creditors, parties to leases and executory contracts, and codebtors.

I also certify that the names and addresses of the listed entities are true and correct to the best of my knowledge.

I understand that I must file an amended creditor list and pay an amendment fee if there are creditors or parties listed in my schedules who have not been included in this list.

/s/ Ed Chen
Debtor 1

/s/ _____
Debtor 2

Dated: December 8, 2015

Dated: _____