| Fill in this information to identify the case: |
|---|

United States Bankruptcy Court for the:

_____ District of **Hawaii** _____
(State)

Case number (If known): **15-01493** Chapter **11**

☒ Check if this is an amended filing

# Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy    12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**    Hoana Medical, Inc.

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**    9 9 – 0 3 5 4 4 6 6

**4. Debtor's address**

Principal place of business

828 Fort St. Mall, Suite 620
Number    Street

Honolulu    HI    96813
City    State    ZIP Code

U.S.A.
County

Mailing address, if different from principal place of business

Number    Street

P.O. Box

City    State    ZIP Code

Location of principal assets, if different from principal place of business

Number    Street

City    State    ZIP Code

**5. Debtor's website (URL)**    www.hoana.com

**6. Type of debtor**
☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor  Hoana Medical, Inc.                                Case number (if known) 15-01493
         Name

## 7. Describe debtor's business

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .

   1  7  1  2

## 8. Under which chapter of the Bankruptcy Code is the debtor filing?

*Check one:*

☐ Chapter 7
☐ Chapter 9
☑ Chapter 11. *Check all that apply:*

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

## 9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?

If more than 2 cases, attach a separate list.

☑ No
☐ Yes.  District _____ When ___/___/_____  Case number _____
                                MM / DD / YYYY
        District _____ When ___/___/_____  Case number _____
                                MM / DD / YYYY

## 10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?

List all cases. If more than 1, attach a separate list.

☑ No
☐ Yes.  Debtor _____  Relationship _____
        District _____  When ___/___/_____
                                                   MM / DD / YYYY
        Case number, if known _____

Official Form 201                    Voluntary Petition for Non-Individuals Filing for Bankruptcy                    page 2

U.S. Bankruptcy Court - Hawaii   #15-01493   Dkt # 21   Filed 12/09/15   Page 2 of 19

| Debtor | Hoana Medical, Inc. | Case number (if known) 15-01493 |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this* district?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
   Number    Street

_____
City                    State    ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
   Contact name _____
   Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☑ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

---

U.S. Bankruptcy Court - Hawaii   #15-01493   Dkt # 21   Filed 12/09/15   Page 3 of 19

| Debtor | Hoana Medical, Inc. | Case number (if known) 15-01493 |
|---|---|---|

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 12/01/2015
MM / DD / YYYY

X _Ed Chen_  Edward Chen
Signature of authorized representative of debtor    Printed name

Title President

**18. Signature of attorney**

X _[signature]_  Date 12/08/2013
Signature of attorney for debtor    MM / DD / YYYY

Jerrold K. Guben
Printed name

O'Connor Playdon & Guben LLP
Firm name

733 Bishop Street, Suite 2400
Number    Street

Honolulu    HI    96813
City    State    ZIP Code

(808) 524-8350    jkg@opglaw.com
Contact phone    Email address

3107    HI
Bar number    State

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 4

U.S. Bankruptcy Court - Hawaii   #15-01493   Dkt # 21   Filed 12/09/15   Page 4 of 19

# CORPORATE RESOLUTION OF
## HOANA MEDICAL, INC.

WHEREAS, the Officer(s) of Hoana Medical, Inc. ("HOANA"), at a meeting held at 828 Fort St. Mall, Suite 620 Honolulu, HI 96813 on November 11, 2015, upon recommendation of the officers of the Company, and upon the recommendation of the Company's professional advisors, has determined that is desirable, fair, reasonable, and in the best interest of the Company and the Company's creditors and other interested parties for Company to file a petition seeking relief under the provisions of Chapter 11 of Title 11, United States Code ("Bankruptcy Code").

NOW, THEREFORE, BE IT

1. <u>Filing and Prosecution of Bankruptcy Case</u>.

RESOLVED, that it is desirable and in the best interest of the Company and its creditors, stockholders, and other interested parties to authorize the President and Treasurer, or either of them, to cause to be filed a petition in the name of the Company ("Chapter 11 Petition") seeking relief under the provisions of Chapter 11 of the Bankruptcy Code ("Chapter 11 case"); and it is further

RESOLVED, that the Chairman be, and each hereby is, authorized and directed to execute the Chapter 11 Petition and to cause the same to be filed in the United States Bankruptcy Court for the District of Hawaii ("Bankruptcy Court"), in such form and at such time as such officer(s) shall determine; and it is further

RESOLVED, that the President, or such other officer(s) of the Company as they shall from time to time designate ("Authorized Officers"), be, and each hereby is, authorized and directed to take all actions necessary to restructure the financial affairs of the Company, including causing to be filed in the bankruptcy case a Disclosure Statement and a Plan of Reorganization ("Plan"), and to seek confirmation of the Plan by the Bankruptcy Court, with such amendments as may be required by the Bankruptcy Court; and it is further

RESOLVED, that the Authorized Officers be, and each hereby is, authorized to execute and file (or direct others to do so on behalf of the Company as provided herein) all necessary documents, including, without limitation, all petitions, affidavits, schedules, motions, lists, applications, pleadings and other papers, and in connection therewith, to employ and retain all assistance by legal counsel, accountants or other professionals and to take any and all action which they deem necessary and proper in connection with the Chapter 11 case.

2. Employment of Professionals.

RESOLVED, that the law firm of O'Connor Playdon & Guben LLP hereby are employed as bankruptcy counsel for the Company in the Chapter 11 case, and the Authorized Officers of the Company are hereby authorized and directed to execute appropriate agreements, upon the filing of a Chapter 11 case and cause to be filed an appropriate application for authority to retain the services of O'Connor Playdon & Guben LLP; and it is further

RESOLVED, that the Authorized Officers of the Company be, and they hereby are, authorized and directed to retain any other firm as professionals or consultants to the Company as are deemed necessary to represent and assist the Company in carrying out its duties under the Bankruptcy Code and, in connection therewith, the Authorized Officers of the Company are hereby authorized and directed to execute appropriate agreements and cause to be filed an appropriate application for authority to retain the services of such firm; and it is further

RESOLVED, that all acts lawfully done or actions lawfully taken by any Authorized Officer to seek relief under Chapter 11 of the Bankruptcy Code or in connection with the Chapter 11 case, or any matter related thereto, be, and hereby are, adopted, ratified, confirmed and approved in all respects as the acts and deeds of the Company; and it is further

3. General Authorizing, Resolution.

RESOLVED, that the Authorized Officers be, and each of them, with full authority to act without the others, hereby is authorized and directed, in the name of and on behalf of the Company, under the Company's seal or otherwise, to make, enter into, execute, deliver and file any and all other or further agreements, documents, certificates, materials and instruments, to disburse funds of the Company, to take or cause to be taken any and all other actions, and to incur all such fees and expenses as any such officer deems to be necessary, appropriate or advisable to carry out the purposes of the foregoing resolutions and the

U.S. Bankruptcy Court - Hawaii #15-01493 Dkt # 21 Filed 12/09/15 Page 6 of 19

transactions contemplated thereunder and/or to successfully complete a Chapter 11 case, the taking of any such action to constitute conclusive evidence of the exercise of such discretionary authority; and it is further

RESOLVED, that all authorized actions, transactions, or agreements undertaken prior to the adoption of these resolutions by any officer of the Company on behalf of the Company in connection with the foregoing matters are hereby authorized, approved, ratified, confirmed and adopted as the acts of the Company; and it is further

RESOLVED, that the Authorized Officers be, and each of them hereby is, authorized, empowered and directed to certify and attest any documents or materials which they deem necessary, desirable or appropriate to consummate the transactions contemplated by the foregoing resolutions, without the necessity of the signature or attestation of any other officer or the affixing of any seal of the Company.

4. Designation of Responsible Person.

RESOLVED, that Edward Chen be and hereby appointed as the person responsible for performing the duties and responsibilities of the debtor in the proposed Chapter 11 proceeding.

The undersigned does hereby further certify that the foregoing resolution are in full force and effect as of the date hereof.

DATED: 11/19/2015

*/s/ Ed Chen*

By Edward Chen
Hoana Medical, Inc.
Its President

231699

3

| Fill in this information to identify the case: |
| --- |
| Debtor name __Hoana Medical, Inc.__ |
| United States Bankruptcy Court for the: _____ District of __HI__ (State) |
| Case number (If known): _____ |

☐ Check if this is an amended filing

## Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders            12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Andy Ninomiya and Associates<br>P.O. Box 30345<br>Honolulu, HI 96820 | Andy Ninomiya<br>808.348.1549<br>P.O. Box 30345<br>Honolulu, HI 96820 | Trade Debt | N/A | | | $5148 |
| 2 | Leigh-Ann K. Miyasato<br>2909 Alphonse Place<br>Honolulu, HI 96816 | Leigh-Ann K. Miyasato<br>808.428.9218<br>2909 Alphonse Place<br>Honolulu, HI 96816 | Trade Debt | N/A | | | $4000 |
| 3 | CMT Investment LLC<br>500 W. Monroe Street, Suite 2630<br>Chicago, IL 60661 | Jan-Dirk Lueders<br>312.930.9050<br>500 W. Monroe St., Suite 2630<br>Chicago, IL 60661 | Convertible Debenture | N/A | | | $763,590 |
| 4 | Richard Erickson<br>1024 Kaimoku Place<br>Honolulu, HI 96821 | Richard Erickson<br>808.218.2065<br>1024 Kaimoku Place<br>Honolulu, HI 96821 | Convertible Debenture | N/A | | | $763,590 |
| 5 | Norman Gentry<br>P.O. Box 25144<br>Honolulu, HI 96825-0144 | Norman Gentry<br>808.599.8399<br>P.O. Box 25144<br>Honolulu, HI 96825-0144 | Note | N/A | | | $437,517 |
| 6 | Fulwider Patton, LLP<br>6060 Center Dr., 10th Floor<br>Los Angeles, CA 90045 | Craig Bailey<br>(310) 824-5555<br>6060 Center Dr., 10th Floor<br>Los Angeles, CA 90045 | Trade Debt | N/A | | | $327,066 |
| 7 | Seamless Accelerator<br>40 Pearl St. NW, Suite #200<br>Grand Rapids, MI 49503 | Mike Morin<br>mike@startgarden.com<br>40 Pearl St. NW, Suite #200<br>Grand Rapids, MI 49503 | Convertible Note | N/A | | | $100,000 |
| 8 | American Arbitration Association<br>One Sansome Street, Suite 1600<br>San Francisco, CA 94104 | Serena Lee<br>415 671 4053<br>One Sansome Street, #1600<br>San Francisco, CA 94104 | Trade Debt | N/A | | | $13,443 |

147

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 1

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Sanmina - SCI<br>2700 North First Street<br>San Jose, CA 95134 | Tom Roberson<br>408.964.3763<br>2700 North First Street<br>San Jose, CA 95134 | Trade Debt | Unliquid, Disputed | | | $550,000 |
| 10 | Yukimura's Inc.<br>P.O. Box 1031<br>Lihue, Kauai 96766 | Peter Yukimura<br>808.246.4406<br>P.O. Box 1031<br>Lihue, Kauai 96766 | Convertible Debenture | N/A | | | $137,651 |
| 11 | McCorriston Miller Mukai MacKinnon LLP<br>Attorneys At Law<br>P.O. Box 2800<br>Honolulu, HI 96803-2800 | Stewart Pressman<br>(808) 529-7300<br>P.O. Box 2800<br>Honolulu, HI 96803-2800 | Trade Debt | N/A | | | $86,754 |
| 12 | The Research Corp. of the University of Hawaii<br>651 Llalo St., MEB-212<br>Honolulu, HI 96813 | Executive Director Office<br>(808) 988-8311<br>651 Llalo St., MEB-212<br>Honolulu, HI 96813 | Trade Debt | Disputed | | | $54,470 |
| 13 | Collins & Co<br>2111 Wilson Blvd., Suite 700<br>Arlington, VA 22201 | Richard Collins<br>(703) 351-5057<br>2111 Wilson Blvd., Suite 700<br>Arlington, VA 22201 | Trade Debt | N/A | | | $43,000 |
| 14 | Ernst & Young, LLP<br>55 Merchant Street<br>Suite 1900, C-120<br>Honolulu, HI 96813 | Accounting Dept.<br>(808) 531-2037<br>55 Merchant Street, Suite 1900-C120<br>Honolulu, HI 96813 | Trade Debt | N/A | | | $34,869 |
| 15 | Orrick Herrington & Sutcliffe<br>Dept. 34461<br>P.O. Box 39000<br>San Francisco, CA 94139 | Accounting Dept.<br>(415) 773-5700<br>405 Howard St.<br>San Francisco, CA 94105-2669 | Trade Debt | N/A | | | $27,686 |
| 16 | Chun Kerr LLP<br>Fort Street Tower, Topa Financial Center<br>745 Fort Street, 9th Floor<br>Honolulu, HI 96813-3815 | Ray Kamikawa<br>(808) 528-8211<br>Fort Street Tower, Topa Financial Center<br>745 Fort Street, 9th Floor<br>Honolulu, HI 96813-3815 | Trade Debt | N/A | | | $20,693 |
| 17 | Mikiko A.Y. Bunn<br>98-151 Pali Momi St., Suite 142<br>Aiea HI 96701 | Mikiko A.Y. Bunn<br>(808) 483-6400<br>98-151 Pali Momi St., Suite 142<br>Aiea HI 96701 | Note | N/A | | | $14,894 |
| 18 | Akiko Yazawa<br>3642 Waaloa Place<br>Honolulu, HI 96822 | Akiko Yazawa<br>808.521.6284<br>3642 Waaloa Place<br>Honolulu, HI 96822 | Note | N/A | | | $14,584 |
| 19 | Kiyotaka Albert Yazawa<br>1508 B. Pualele Place<br>Honolulu, HI 96816 | Kiyotaka Albert Yazawa<br>808.737.8212<br>1508 B. Pualele Place<br>Honolulu, HI 96816 | Note | N/A | | | $14,584 |
| 20 | Carroll Takahashi<br>306 Wailupe Circle<br>Honolulu, HI 96821 | Carroll Takahashi<br>808.377.1288<br>306 Wailupe Circle<br>Honolulu, HI 96821 | Deferred Wages | N/A | | | $132,082 |

Norman Gentry
P.O. Box 25144
Honolulu, HI 96825-0144


Mikiko A.Y. Bunn
98-151 Pali Momi St., Suite 142
Aiea, HI 96701


Oceanit Laboratories, Inc.
828 Fort St. Mall, Suite 600
Honolulu, HI 96813


Akiko Yazawa
3642 Waaloa Place
Honolulu, HI 96822


Kiyotaka Albert Yazawa
1508 B. Pualele Place
Honolulu, HI 96816


CMT Investment LLC
Attn: Jan-Dirk Lueders
500 W. Monroe Street, Suite 2630
Chicago, IL 60661


Richard Erickson
1024 Kaimoku Place
Honolulu, HI 96821

Yukimura's Inc.
P.O. Box 1031
Lihue, Kauai 96766


First Hawaiian Bank
Attn: Wesley Wakamura
Kapiolani Banking Center
1580 Kapiolani Blvd.
Honolulu, HI 96814


Patrick Sullivan
368 Dune Circle
Kailua, HI 96734


Caroll Takahashi
306 Wailupe Circle
Honolulu, HI 96821


BT Consulting dba Advocates
1000 Bishop St., Suite
503 Honolulu, HI 96813


Andy Ninomiya & Associates
P.O. Box 30345
Honolulu, HI 96820


Aubrey Group, Inc.
6 Cromwell, Suite 100
Irvine, CA 92618-1820

Lawrence Burgess
98-1754 Halakea St.
Aiea, HI 96701


Chun Kerr LLP
Fort Street Tower
Topa Financial Center
745 Fort Street, 9th Floor
Honolulu, HI 96813-3815


Collins & Company, Inc.
2111 Wilson Blvd., Suite 700
Arlington, VA 22201


Ernst & Young, LLP
55 Merchant Street Suite 1900-C120
Honolulu, HI 96813


Fulwider Patton, LLP
Attn: Craig Bailey
6060 Center Dr., 10th Floor
Los Angeles, CA 90045


KIC Innovation
4125 W. Noble Ave, Suite 317
Visalia, CA 93277


Leigh-Ann K. Miyasato
2909 Alphonse Place
Honolulu, HI 96816

McCorriston Miller Mukai MacKinnon LLP
Attorneys At Law
P.O. Box 2800
Honolulu, HI 96803-2800


Monsoon Solutions
13256 Northup Way, Suite 18
Bellevue, WA 98005


Nebraska Educational Biomedical Research
4101 Woolworth Ave.
Research Service 151
Omaha, NE 68105-1873


NJ Division of Revenue
P.O. Box 302
Trenton, NJ 08646


Orrick Herrington & Sutcliffe
Dept. 34461
P.O. Box 39000
San Francisco, CA 94139


The Research Corp. of the University of Hawaii
651 Llalo Street
MEB-212 Honolulu, HI 96813


Robert S. Schroeder
216 Yorkshire Drive
Heath, TX 75032

Success Advertising
66 Queen St #1602
Honolulu, HI 96813


TW Design
1300 Crampton Street
Dallas, TX 75207


The BLR Agency
P.O. Box 382674
Birmingham, AL 35238


Tool-Less Plastics Solutions, Inc.
1410 80th St. SW, Suite C
Everett, WA 98203


Turnkey Projects, LLC
P.O. Box 4971
Kaneohe, HI 96744-8971


Sanmina-SCI
Attn: Sonny C. Cabico
2700 North First Street
San Jose, CA 95134


Pitney Bowes
3001 Summer St.
Stamford CT 06926

National Registered Agents, Inc.
Attn: Megan Izenstark
100 Canal Pointe Blvd., Suite 212
Princeton, NJ 08540



Vintara
Attn: Rick Moresco
714 Franklin St #100303
Oakland, CA 94612



Hy-Pac Self Storage
2150 N. Nimitz Hwy.
Honolulu, Hawaii 96819



Oceanic Time Warner Cable
P.O. Box 30050
Honolulu, HI 96820-0050



Hawaiian Telcom
P.O. Box 2200
Honolulu, HI 96841



Servco Insurance Service Corporation
700 Bishop St., Suite #1400
Honolulu, HI 96813



Hawaii Dental Service
Topa Financial Center
Bishop Street Tower
700 Bishop Street, Suite 700
Honolulu, Hawaii 96813-4196

HMSA
P.O. Box 860
Honolulu, HI 96808


Kaiser Permanente Kaiser Permanente CSC
P.O. Box 203011
Denver, CO 80220-9012


Vision Service Plan
P.O. Box 45210
San Francisco, CA 94145-5210


Amazon Web Service, Inc.
410 Terry Ave. North
Seattle, WA 98109-5210


Ring Central, Inc.
20 Davis Drive
Belmont, CA 94002


Ceridian Small Business
3311 E Old Shakopee Rd.
Bloomington, MN 55425


Microsoft Exchange Online
One Microsoft Way
Redmond, WA 98052-6399


Liquid Web, Inc.
4210 S. Creyts Rd.
Lansing, MI 48917-9526

IPFS Corporation
1001 Winstead Drive, Suite 500
Cary, NC 27513


American Land Parking
828 Fort St. Mall, Suite 300
Honolulu, HI 96813


The Hartford-Group Benefit Division
P.O. Box 8500-3690
Philadelphia, PA 19178-3690


Robert Cheong
622 Ihe Street
Honolulu, HI 96817


Timan LLC
1080 Lemon Street
Menlo Park, CA 94025


American Arbitration Association
One Sansome Street, Suite 1600
San Francisco, CA 94104


Seamless Accelerator
40 Pearl St. NW, Suite #200
Grand Rapids, MI 49503


David Cornejo
1468 Aupupu St.
Kailua, HI 96734

Paul Embree
18451 Warren Ave.
Tustin, CA 92780


Randall Harakal
Topa Financial Ctr. , Fort St. Twr.
745 Fort St. Mall
Ste. 700
Honolulu, HI 96813


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


Department of Taxation
State of Hawaii
Attn: Bankruptcy Unit
P.O. Box 259
Honolulu, HI 96809-0259

| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | Hoana Medical, Inc. | |
| | First Name / Middle Name / Last Name | |
| Debtor 2 (Spouse, if filing) | First Name / Middle Name / Last Name | |
| United States Bankruptcy Court - District of Hawaii | | |
| Case number (If known) | | |

Local Form H1007-2d (12/15)

# Debtor's Verification of Creditor List

The undersigned debtor certifies under penalty of perjury that all entities included or to be included in schedules D, E/F, G, and H have been listed in the creditor list submitted with this verification. This includes all my creditors, parties to leases and executory contracts, and codebtors.

I also certify that the names and addresses of the listed entities are true and correct to the best of my knowledge.

I understand that I must file an amended creditor list and pay an amendment fee if there are creditors or parties listed in my schedules who have not been included in this list.

/s/ Ed Chen
Debtor 1

Dated: December 8, 2015

/s/ _____
Debtor 2

Dated: _____